IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

HAKIM JOHNSON, Individually and on
Behalf of the Wrongful Death Beneficiaries
of WILL KING, DECEASED                                                PLAINTIFF

v.                                                       CAUSE NO: 4:16CV44-DMB-JMV

EARNEST LEE, ET AL.                                                 DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . an immunity defense . . . motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal." Because defendants have raised the issue of immunity by separate motion [4],

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings and the case management conference are hereby **STAYED** pending a ruling on the immunity motion. Defendants must notify the undersigned within seven (7) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

This 12th day of April, 2016.

                                                                           /s/ Jane M. Virden
                                                                           U.S. Magistrate Judge